GLENN D. POMERANTZ (SBN 112503)
Glenn.Pomerantz@mto.com
KELLY M. KLAUS (SBN 161091)
Kelly .Klaus@mto.com
JONATHAN H. BLAVIN (SBN 230269)
Jonathan.Blavin@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone (213) 683-9100; Facsimile (213) 687-3702
Attorneys for Plaintiffs WARNER BROS. RECORDS

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARNER BROS. RECORDS INC., ATLANTIC RECORDING CORPORATION, ELEKTRA ENTERTAINMENT GROUP INC., and RHINO ENTERTAINMENT COMPANY,<br><br>PLAINTIFF(S)<br><br>v.<br><br>SEEQPOD, INC.<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV08-00335 DDP PLAx<br><br><br>SUMMONS |

TO:DEFENDANT(S): <u>SEEQPOD, INC.</u>

A lawsuit has been filed against you.

Within <u>20</u> days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, <u>Glenn D. Pomerantz, Kelly M. Klaus and Jonathan H. Blavin</u>, whose address is <u>Munger, Tolles & Olson LLP, 355 South Grand Avenue, 35th Floor, Los Angeles, CA 90071-1560</u>. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: JAN 1 8 2008

By: NATALIE LONGORIA
Deputy Clerk

(Seal of the Court)
SEAL

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (12/07)                                         SUMMONS

American LegalNet, Inc.
www.USCourtForms.com

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)

WARNER BROS. RECORDS INC., ATLANTIC RECORDING CORPORATION, ELEKTRA ENTERTAINMENT GROUP INC., and RHINO ENTERTAINMENT COMPANY

**DEFENDANTS**

SEEQPOD, INC.

**(b)** County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases):
Los Angeles

County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only):
Alameda

**(c)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

GLENN D. POMERANTZ (SBN 112503)
Glenn.Pomerantz@mto.com
KELLY M. KLAUS (SBN 161091)
Kelly.Klaus@mto.com
JONATHAN H. BLAVIN (SBN 230269)
Jonathan.Blavin@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Tel: (213) 683-9100
Fax: (213) 687-3702

Attorneys (If Known)

---

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1  U.S. Government Plaintiff   ☒ 3  Federal Question (U.S. Government Not a Party)

☐ 2  U.S. Government Defendant   ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

---

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

---

**V. REQUESTED IN COMPLAINT:**   **JURY DEMAND:** ☒ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☐ No   ☒ **MONEY DEMANDED IN COMPLAINT:** $ 150,000.00 per work

---

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Copyright infringement, 17 U.S.C. Sections 106, 115, 501, and related state causes of action

---

**VII. NATURE OF SUIT** (Place an X in one box only.)

---

CV08-00335

American LegalNet, Inc.
www.USCourtForms.com

| | | PERSONAL INJURY | PERSONAL PROPERTY | PETITIONS | |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | | | | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product | ☐ 370 Other Fraud | ☐ 510 Motions to | ☐ 720 Labor/Mgmt. |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | Vacate Sentence Habeas Corpus | Relations |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | Disclosure Act |
| ☐ 470 Racketeer Influenced and Corrupt | Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | Veterans) | ☐ 355 Motor Vehicle Product Liability | USC 157 | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of | ☐ 360 Other Personal Injury | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☒ 820 Copyrights |
| ☐ 850 Securities/Commodities /Exchange | Veteran's Benefits | ☐ 362 Personal Injury- | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco- mmodations | Property 21 USC 881 | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | Liability | ☐ 445 American with Disabilities – | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | | Employment | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | ☐ 446 American with Disabilities – | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | | Other | ☐ 690 Other | ☐ 865 RSI(405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal | ☐ 230 Rent Lease & Ejectment | | ☐ 440 Other Civil Rights | | **FEDERAL TAX SUITS** |
| Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s):

**FOR OFFICE USE ONLY:** Case Number: _____ .

CV-71 (07/05)      **CIVIL COVER SHEET**

American LegalNet, Inc.
www.USCourtForms.com

CIVIL COVER SHEET
AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

**VIII(b). RELATED CASES:** Have any cases been previously filed that are related to the present case? ☒ No    ☐ Yes

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)    ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** List the California County, or State if other than California, in which EACH named plaintiff resides (Use an additional sheet if necessary)

☐ Check here if the U.S. government, its agencies or employees is a named plaintiff.

Warner Bros. Records Inc. -- Los Angeles, CA
Atlantic Recording Corporation -- New York, NY
Elektra Entertainment Group Inc. -- New York, NY
Rhino Entertainment Company -- Los Angeles, CA

List the California County, or State if other than California, in which EACH named defendant resides. (Use an additional sheet if necessary).

☐ Check here if the U.S. government, its agencies or employees is a named defendant.

SeeqPod, Inc.--Alameda, CA

List the California County, or State if other than California, in which EACH claim arose. (Use an additional sheet if necessary)
**Note:** In land condemnation cases, use the location of the tract of land involved.

Claims arise where acts of infringement take place, which includes Los Angeles County and counties throughout California and the United States.

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _____    Date January 18, 2008

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
| --- | --- | --- |
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

American LegalNet, Inc.
www.USCourtForms.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Dean D. Pregerson and the assigned discovery Magistrate Judge is Paul L. Abrams.

The case number on all documents filed with the Court should read as follows:

## CV08- 335 DDP (PLAx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===========================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| **[X] Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | **[_] Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | **[_] Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

1   GLENN D. POMERANTZ (SBN 112503)
    Glenn.Pomerantz@mto.com
2   KELLY M. KLAUS (SBN 161091)
    Kelly.Klaus@mto.com
3   JONATHAN H. BLAVIN (SBN 230269)
    Jonathan.Blavin@mto.com
4   MUNGER, TOLLES & OLSON LLP
    355 South Grand Avenue
5   Thirty-Fifth Floor
    Los Angeles, CA 90071-1560
6   Telephone:  (213) 683-9100
    Facsimile:  (213) 687-3702
7
    Attorneys for Plaintiffs
8   WARNER BROS. RECORDS INC., ATLANTIC
    RECORDING CORPORATION, ELEKTRA
9   ENTERTAINMENT GROUP INC., and RHINO
    ENTERTAINMENT COMPANY
10

**FILED**

2008 JAN 18  AM 10: 43

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

11              UNITED STATES DISTRICT COURT

12              CENTRAL DISTRICT OF CALIFORNIA

13

14   WARNER BROS. RECORDS INC.,          CASE NO. **CV08-00335 DDP**
     ATLANTIC RECORDING                                              **PLAx**
15   CORPORATION, ELEKTRA               **COMPLAINT FOR DIRECT,**
     ENTERTAINMENT GROUP INC.,          **CONTRIBUTORY, AND**
16   and RHINO ENTERTAINMENT            **VICARIOUS COPYRIGHT**
     COMPANY,                           **INFRINGEMENT, INDUCEMENT**
                                        **OF COPYRIGHT INFRINGEMENT,**
17              Plaintiffs,             **MISAPPROPRIATION AND**
                                        **UNFAIR COMPETITION**
18        vs.
                                        **DEMAND FOR JURY TRIAL**
19   SEEQPOD, INC.

20              Defendant.

21

22        This Court has original subject matter jurisdiction over all claims pursuant to

23   28 U.S.C. §§ 1331 and 1338(a), and supplemental jurisdiction over Plaintiffs'

24   claims arising under state law under 28 U.S.C. § 1367. Plaintiffs Warner Bros.

25   Records Inc., Atlantic Recording Corporation, Elektra Entertainment Group Inc.,

26   and Rhino Entertainment Company ("Plaintiffs") allege, on personal knowledge as

27   to themselves and on information and belief as to others, as follows:

28

# NATURE OF ACTION

1.     Defendant SeeqPod, Inc. ("SeeqPod") operates a website—
http://www.seeqpod.com—which it publicizes as the Internet's "home for playable
search results," a place where users can "crawl the deepest parts of the web" for the
"search & discovery of anything that can be played or shared with friends."[1] But
SeeqPod is no simple search engine.  SeeqPod searches for a particular type of
content—music—that SeeqPod knows is overwhelmingly copyrighted.  The results
that SeeqPod returns are links—many of which SeeqPod itself solicits from its
users—to sites containing unauthorized and illegal copies of copyrighted music.
With simple clicks of a computer mouse, SeeqPod will play the work without
authorization; will add it to a user's "playlist" collection; will give the user the link
where an unauthorized copy may be downloaded; and will embed the link on
social-networking sites, like MySpace and Facebook, where the entire cycle of
willful copyright infringement is repeated without end.

2.     SeeqPod aims to capitalize on the illegal use of "free" music to grow
its user base rapidly and inexpensively.  SeeqPod's expanding user base translates
into more dollars in potential advertising revenue and increased corporate valuation.
SeeqPod has decided that the fastest—and cheapest—way to grow its user base is
with a practically unlimited catalogue of unauthorized sound recordings available
for on-demand streaming, including the unauthorized public performance of
massive numbers of Plaintiffs' copyrighted works.  SeeqPod directly supplants
legitimate contractual arrangements that exist for the authorized digital audio
transmission and distribution of copyrighted music, including Plaintiffs' works.
SeeqPod and its "angel" investors directly profit from the mass infringement
occurring through its site by attracting more and more users, increasing advertising
revenue and the overall value of the site.  In short, SeeqPod is building a business

---

[1] http://www.seeqpod.com/frequently_asked_questions.php (last visited January 11, 2008).

1   on the backs of the expropriated copyrighted works of Plaintiffs and other content

2   owners.

3       3.    SeeqPod's liability is clear.  SeeqPod directly infringes Plaintiffs'

4   copyrighted works, including by making on-demand and unauthorized digital

5   public performances of those works.  SeeqPod secondarily infringes Plaintiffs'

6   copyrights under the well-established doctrines of contributory, vicarious and

7   inducement liability.  SeeqPod deliberately facilitates the rampant infringement of

8   Plaintiffs' works by its large and rapidly expanding user base and the unlawful

9   pirate sites whose links SeeqPod solicits and serves up to those users.  With full

10   knowledge of the infringing conduct taking place through its site, SeeqPod makes a

11   direct and material contribution to infringing conduct, and it deliberately refrains

12   from taking simple measures to prevent further damage to Plaintiffs' copyrighted

13   works.  And SeeqPod derives financial benefit from the mass infringement of

14   others' acts of infringement while declining to exercise SeeqPod's right and ability

15   to stop or limit that infringement.  Plaintiffs bring this lawsuit to stop the violation

16   of Plaintiffs' copyrights and SeeqPod's unlawful business activity.

**JURISDICTION AND VENUE**

18       4.    This is a civil action seeking damages and injunctive relief for

19   copyright infringement under the Copyright Act, 17 U.S.C. § 101 *et seq.*

20       5.    The Court has original subject matter jurisdiction over all claims

21   pursuant to 28 U.S.C. §§ 1331 and 1338(a).  This Court also has supplemental

22   jurisdiction over Plaintiffs' claims arising under state law under 28 U.S.C. § 1367,

23   as those claims form part of the same case or controversy.

24       6.    This Court has personal jurisdiction over SeeqPod in that, among other

25   things, SeeqPod does business in this District, and Plaintiffs do business in and are

26   suffering harm in this District.

27       7.    Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) and

28   (c).

1

## THE PARTIES

2      8.     Plaintiff Warner Bros. Records Inc. ("WBR") is a Delaware

3  corporation with its principal place of business in Burbank, California.  WBR is in

4  the business of, among other things, the distribution and sale of recorded music in

5  the form of compact discs, DVDs, digital streaming, digital downloads, and other

6  audio and audio-visual works.  WBR has released albums from such prominent

7  recording artists as Madonna, Linkin Park, Eric Clapton, Cher, Red Hot Chili

8  Peppers, Fleetwood Mac, Tom Petty, Neil Young and Green Day.  WBR is the

9  owner of exclusive rights under copyright for numerous sound recordings and

10  audio-visual works.

11      9.     Plaintiff Atlantic Recording Corporation ("Atlantic") is a Delaware

12  corporation with its principal place of business in New York, New York.  Atlantic

13  is in the business of, among other things, the distribution and sale of recorded music

14  in the form of compact discs, DVDs, digital streaming, digital downloads, and other

15  audio and audio-visual works.  Atlantic has released albums from such prominent

16  recording artists as Jewel, Genesis and Led Zeppelin.  Atlantic is the copyright

17  owner of exclusive rights under copyright for numerous sound recordings and

18  audio-visual works.

19      10.    Plaintiff Elektra Entertainment Group Inc. ("Elektra") is a Delaware

20  corporation with its principal place of business in New York, New York.  Elektra is

21  in the business of, among other things, the distribution and sale of recorded music

22  in the form of compact discs, DVDs, digital streaming, digital downloads, and other

23  audio and audio-visual works.  Elektra has released albums from such prominent

24  recording artists as Missy Elliot, Emmylou Harris and The Cure.  Elektra is the

25  copyright owner of exclusive rights under copyright for numerous sound recordings

26  and audio-visual works.

27      11.    Plaintiff Rhino Entertainment Company ("Rhino") is a Delaware

28  corporation with its principal place of business in Burbank, California.  Rhino is in

COMPLAINT FOR DIRECT, CONTRIBUTORY, AND
VICARIOUS COPYRIGHT INFRINGEMENT, ETC.;
DEMAND FOR JURY TRIAL

1   the business of, among other things, the distribution and sale of recorded music in

2   the form of compact discs, DVDs, digital streaming, digital downloads, and other

3   audio and audio-visual works.  Rhino is the copyright owner of exclusive rights

4   under copyright for numerous sound recordings and audio-visual works, including

5   works from such prominent recording artists as Chicago and Curtis Mayfield.

6        12.   Plaintiffs have obtained Certificates of Copyright Registration from

7   the Register of Copyrights for their works.  Attached hereto as Exhibit A is a non-

8   exhaustive, exemplary list of Plaintiffs' federally copyrighted works that SeeqPod

9   has infringed by the acts complained of herein, identifying the Certificates of

10  Copyright Registration from the Register of Copyrights for works protected by

11  federal copyright.

12       13.   Plaintiffs also have entered into various agreements by which they

13  obtained the common-law copyright rights in sound recordings embodying certain

14  musical works that were initially "fixed" prior to February 15, 1972 and for which

15  Plaintiffs possess exclusive exploitation rights under state common law  ("Pre-1972

16  Recordings").  Attached hereto as Exhibit B is a non-exhaustive, exemplary list of

17  Plaintiffs' Pre-1972 Recordings that are the subject of Plaintiffs' state-law claims

18  against SeeqPod.

19       14.   Attached hereto as Exhibit C is a non-exhaustive, exemplary collection

20  of screenshots of search results from SeeqPod, reflecting multiple infringements by

21  and through SeeqPod of just some of the works that are the subject of this action.

22       15.   Defendant SeeqPod is a Delaware corporation with its principal place

23  of business in Emeryville, California.  SeeqPod was founded by Kasian Franks, Raf

24  Podowski, and Shekhar Lodha in 2005 and claims to be financed by an undisclosed

25  group of "angel" investors.[2]  By deliberately underwriting an enterprise whose

26

27  [2]

28  http://home.businesswire.com/portal/site/google/index.jsp?ndmViewId=news_view
    &newsId=20070725005391&newsLang=en (last visited January 11, 2008).

- 5 -         COMPLAINT FOR DIRECT, CONTRIBUTORY, AND
              VICARIOUS COPYRIGHT INFRINGEMENT, ETC.;
              DEMAND FOR JURY TRIAL

1   business model is based upon mass infringing conduct, SeeqPod's "angel" investors

2   intentionally subsidize the infringement of Plaintiffs' works in order to maximize

3   their return when they cash out of their investment.

### COMMON ALLEGATIONS

**Plaintiffs' Business**

6   16.   Plaintiffs produce, distribute, sell and license the distribution and sale

7   of sound recordings in phonorecords and digital audio recordings.  Plaintiffs are

8   among the leading producers of such works in the United States, and their names

9   and reputations for distributing works of high artistic and technical quality are

10   known favorably and widely throughout the United States and the world.

11   17.   Plaintiffs have invested and continue to invest substantial sums of

12   money, as well as time, effort, and creative talent, to discover and develop

13   recording artists, and to create, produce, advertise, promote, sell and license works

14   embodying the performances of recording artists in whose works Plaintiffs have

15   exclusive rights.  In order to create and sell such works, Plaintiffs make payments

16   to these recording artists, other musicians, songwriters, music publishers, various

17   trust funds established for such musicians' benefit, producers, technicians and other

18   staff personnel, as well as various other payments.  Plaintiffs and their recording

19   artists are compensated for their monetary investments largely from the sale and

20   distribution of their works to the public and from fees for the reproduction,

21   distribution, digital performance, or other exploitation of such works.  Absent such

22   compensation, profits and motivation are siphoned away from artists and from

23   Plaintiffs and the pool of resources available for finding and promoting new artists

24   shrinks.  The ultimate result is that the public's access to a continuing and wide

25   variety of high-quality musical recordings is sharply curtailed.

26   18.   Under Section 106 of the Copyright Act of 1976, 17 U.S.C. § 101 *et*

27   *seq.* (the "Copyright Act"), Plaintiffs have the distinct, severable, and exclusive

28   rights to, among other things, reproduce and distribute their copyrighted works and

COMPLAINT FOR DIRECT, CONTRIBUTORY, AND
VICARIOUS COPYRIGHT INFRINGEMENT, ETC.;
DEMAND FOR JURY TRIAL

1  to publicly perform them by means of digital audio transmissions.  17 U.S.C.

2  §§ 106(1)-(6).  SeeqPod and its users have not received any authorization,

3  permission or consent to use the copyrighted works at issue in this lawsuit.

4      19.    Plaintiffs have entered into legitimate contractual arrangements with

5  digital music services permitting the authorized digital streaming performance of

6  their copyrighted works.  For example, Plaintiffs' affiliate, Warner Music Inc.,

7  recently entered into an agreement with the online community website imeem.com

8  to stream Plaintiffs' copyrighted music through imeem's site.[3]

9  **SeeqPod.com**

10      20.    SeeqPod operates a web site located on the Internet at

11  http://www.seeqpod.com.  SeeqPod's service formally was launched in or around

12  May 2007.

13      21.    While SeeqPod likes to describe itself as a search engine, SeeqPod in

14  fact targets a particular type of content—music—that SeeqPod knows is

15  overwhelmingly copyrighted and posted without authorization from copyright

16  owners, including Plaintiffs.  SeeqPod expressly promotes itself as the "*no cost*"

17  "home for playable search results."[4]  SeeqPod's homepage provides users with

18  three options.  They can "Search" for works by typing in the artist name, song

19  name, album name, or other identifiable criteria.  Users also can "Discover" works,

20  by asking SeeqPod to "search[] for music recommendations by looking at the

21  context in which the song is found and turning up related songs as results."[5]  This

22  advanced tool allows users to find works by artists that are similar to those that they

23  already like.  Further, users can directly click on popular music titles provided by

24  SeeqPod's "PodCrawler" technology, which returns a rolling list of works,

25  ─────────────

26  [3] http://www.informationweek.com/news/showArticle.jhtml?articleID=201001085 (last visited January 11, 2008).

27  [4] http://www.seeqpod.com/frequently_asked_questions.php (last visited January 11, 2008) (emphasis added).

28  [5] http://www.seeqpod.com/blog/ (last visited January 11, 2008).

including copyrighted content, that SeeqPod finds.  The following screenshot is an example of this rolling list of artists, which contains copyrighted content by the group Van Halen released by Plaintiff WBR:



6

22.    SeeqPod states that it "crawl[s] the entire world wide multilingual deep web in the vertical space of entertainment for the purpose of new kinds of playable search, discovery, recommendation and social experiences."[7]  One media publication reported that SeeqPod has access to "millions" of audio files, and said that it had "challenged SeeqPod with some pretty obscure titles, and came away listening to just what we were looking for."[8]  SeeqPod also has created a "Did you mean" feature which allows users to search for the names of recording artists based upon popular misspellings.  For example, for the band Depeche Mode, which has released and continues to release numerous copyrighted works on Plaintiffs' labels,

---

[6] http://www.seeqpod.com/ (last visited January 16, 2008).

[7] http://www.seeqpod.com/frequently_asked_questions.php (last visited January 11, 2008).

[8] http://www.iphonefaq.org/archives/97182 (last visited January 11, 2008).

COMPLAINT FOR DIRECT, CONTRIBUTORY, AND VICARIOUS COPYRIGHT INFRINGEMENT, ETC.; DEMAND FOR JURY TRIAL

1  SeeqPod states: "Hey, we all know how to spell 'Depeche Mode.' But rest assured,

2  if you type in 'Depesh Mode' you'll still have access to over 650 related tracks and

3  will be afforded the fun of clicking on any of the other 'Did you mean' suggestions

4  . . . ."[9]  SeeqPod employs no filtering technology to screen out search terms seeking

5  the copyrighted works of Plaintiffs or other copyright holders.

6      23.    SeeqPod does not just scour the web for copyrighted music.  SeeqPod

7  also performs the works whose location is revealed through SeeqPod's seach.  With

8  the simple click of a computer mouse, users can have SeeqPod play the song they

9  were searching for—at "no cost" over their computers or mobile devices.

10      24.    SeeqPod also encourages and facilitates its users' creation of "personal

11  playlists," as well as the librarying of those playlists for repeated, free and

12  unauthorized future listening.[10]  A sample playlist, constructed of just a handful of

13  Plaintiffs' copyrighted works available through SeeqPod, looks like the following:

14

15

16

17

18

19

20

21

22

23

24

25

26

_____

27  [9] http://www.seeqpod.com/blog/ (last visited January 14, 2008).

28  [10] http://www.seeqpod.com/frequently_asked_questions.php (last visited January 11, 2008).

- 9 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15



16    25.    Individual sound recordings and playlists also are available for online

17  digital streaming to everyone with whom the user shares the content or views a

18  website where the user has embedded the content.  SeeqPod urges its users to share

19  individual sound recordings and playlists "with friends by emailing a link to the

20  playlist or embedding a player and playlist in a web page . . . ."[11]  SeeqPod's

21  embedding feature allows users to create links to content provided through SeeqPod

22  on *other* websites, such as popular social networking sites like MySpace or

23  Facebook.  Using unauthorized content as the bait, SeeqPod uses the embedding

24  feature to lure even more users to SeeqPod from the massive user bases of social-

25  networking sites.  A single Facebook user can bring his or her entire network of

26  friends onto SeeqPod simply by embedding a SeeqPod playlist into his or her

27

28  [11] *Id.*

- 10 -

1   Facebook profile.  The "embed" feature is just one more example of the way that

2   SeeqPod uses copyrighted content to propagate the viral growth of its user base.

3       26.    In addition to searching the Internet for requested music, SeeqPod

4   expressly invites its users to "submit URLs to SeeqPod to be crawled and indexed"

5   as "new content becomes available on the web."[12]  Websites submitted "will appear

6   visible, searchable, mashable and playable to the Universe . . . ."[13]  SeeqPod does

7   not filter or otherwise screen the submitted URLs for copyrighted content, just as

8   SeeqPod deliberately refrains from filtering copyrighted content that its web

9   crawling search engine recovers.  SeeqPod refrains from such filtering because it

10  knows that screening out unauthorized copyrighted content would dramatically

11  decrease the content that SeeqPod uses for free and undermine SeeqPod's

12  illegitimate business model.

13      27.    SeeqPod also has released what it calls "widgets" for mobile devices,

14  stating in a recent press release that "Millions of Songs" are "Now Accessible Over

15  Any Network, Via Mobile Devices."[14]  SeeqPod claims that this "widget"

16  technology "allows users to *instantly* . . . search for, discover and play music from

17  the Internet" on a variety of popular mobile devices, including the iPhone.[15]  Users

18  can "access and share playlists on the spot within most any social network."[16]  As

19  one reviewer described the SeeqPod mobile device technology, "you can search for

20  any artist and play their songs within seconds, for free."[17]  SeeqPod also provides

21

22

---

[12] *Id.*

[13] http://www.seeqpod.com/galactic_upload.php (last visited January 17, 2008).

[14] http://home.businesswire.com/portal/site/google/index.jsp?ndmViewId=news_view&newsId=20070725005391&newsLang=en (last visited January 11, 2008).

[15] *Id.* (emphasis added).

[16] *Id.*

[17] http://blog.wired.com/music/2007/07/play-mp3-blog-m.html (last visited January 11, 2008).

COMPLAINT FOR DIRECT, CONTRIBUTORY, AND
VICARIOUS COPYRIGHT INFRINGEMENT, ETC.;
DEMAND FOR JURY TRIAL

video demonstrations of how to obtain instant streaming of any requested sound recording or video over the iPhone and other devices.[18]

28.     SeeqPod not only allows users to listen to, save, and share copyrighted content whenever they want, but it also facilitates the unauthorized uploading and downloading of copyrighted works.  In its search results, SeeqPod provides users with the precise Internet address where SeeqPod's users can find and download unauthorized copies of copyrighted sound recordings.  A typical example, featuring one of Plaintiffs' copyrighted works, appears as follows:

**Madonna** - Cherish
http://web.tiscali.it/ytnlsovlvrp/**Madonna**-Cherish.mp3 [19]

29.     SeeqPod flaunts and promotes the fact that it is a site for finding and playing copyrighted music for free.  Just within the past month, SeeqPod issued a press release that touted the top 100 search terms used on SeeqPod in 2007.  Kasian Franks, SeeqPod's CEO and co-founder, explained that SeeqPod released the list because "we thought it would be fun to release the terms that have been most sought after."[20]  Not surprisingly, what is "sought after" on SeeqPod is music by popular recording artists that is overwhelmingly copyrighted.[21]  Nearly one out of every four artists on SeeqPod's "top 100" is an artist whose sound recordings are owned by Plaintiffs.  For example, the popular recording group Linkin Park, whose works have been released by Plaintiff WBR, appears at number two on the list— just behind The Beatles.  The fact that SeeqPod's "top 100" list is comprised of popular recording artists provides further evidence of what is obvious:  that

---

[18] http://www.seeqpod.com/news_2007.09.19.html (last visited January 11, 2008).
[19] http://www.seeqpod.com/music/ (last visited January 11, 2008).
[20] http://www.businesswire.com/portal/site/google/index.jsp?ndmViewId=news_view&newsId=20071220005576&newsLang=en (last visited January 11, 2008).
[21] http://www.seeqpod.com/blog/ (last visited January 11, 2008).

1    SeeqPod is a site that is designed, operated and used for the free and unauthorized

2    use of copyrighted music.

3        30.    Unsurprisingly, SeeqPod's users emphatically have expressed their

4    enthusiasm for the free copyrighted music available on SeeqPod. For example, in

5    SeeqPod's user feedback section, one user stated: "You ROCK!!!!!  This is the

6    best music site on the web.  I ABSOLUTELY LOVE IT.  The fact that I can search

7    for any song or artist and hear the music instantly (for the most part) is great.  The

8    coup de grâce is the fact that you can create a playlist, WHEHEW!!!  I hope for

9    your sake you are the next GOOGLE!"[22]  Similarly, another user said: "Music isn't

10   a hassle to find anymore.  Instead, it finds me with blue font and a play button.

11   You guys are awesome.  I need to find out the algorithms you use . . . ."[23]

12       31.    SeeqPod is hardly indifferent to the rampant infringement taking place

13   through its site.  On the contrary, SeeqPod is building a business based on mass

14   infringement, because that infringement fuels a growing user base.  On the Internet,

15   a larger user base translates into higher potential advertising revenue and increased

16   capitalization for investors anxious to maximize the returns of a growing user base.

17   SeeqPod states on its site that it uses personal information collected from registered

18   users to "customize the advertising" they "see" and to "display[] targeted

19   advertisements."[24]

20       32.    SeeqPod's CEO and co-founder Kasian Franks has made it clear that

21   SeeqPod intends to expand its revenues by attracting more and more users to the

22   site through the enticement of free copyrighted music.  In a recent article, he stated

23   that "music is the best way to get user adoption and for Seeqpod to garner the ad

24   revenue associated with a successful search engine."[25]  Franks further stated that

---

25   [22] http://www.seeqpod.com/user_feedback.php (last visited January 11, 2008).

26   [23] *Id.* (ellipses in original).

27   [24] http://www.seeqpod.com/privacy.html (last visited January 11, 2008).

28   [25] Jango and Seeqpod Hope to Monetize Music,
     http://gigaom.com/2008/01/09/jango-and-seeqpod-hope-to-monetize-music/ (last

COMPLAINT FOR DIRECT, CONTRIBUTORY, AND
VICARIOUS COPYRIGHT INFRINGEMENT, ETC.;
DEMAND FOR JURY TRIAL

1  "[m]usic is a superb strategic platform for rolling out services and promotion," and

2  that "consumers don't care about the search engine; [search engines] are a transition

3  point that enables them to get to another place on the web."[26]

4       33.   SeeqPod is a direct—but illegitimate—competitor to legitimate

5  streaming music websites.  Legitimate websites obtain permission to disseminate

6  works through their system.  SeeqPod simply helps itself to that content for free and

7  without authorization.  A recent "VentureBeat" article, for example, described

8  "SeeqPod" as a "competitor" to the streaming site "Imeem," but noted that, unlike

9  Imeem, SeeqPod had not "cut" licensing "deals" – *i.e.*, SeeqPod had not obtained

10 permission for the use of copyrighted content – with content owners such as

11 Plaintiffs.[27]

## SeeqPod's Direct Infringement Of Plaintiffs' Copyrights And Intentional Facilitation of Users' Infringing Activity for Financial Gain

14      34.   SeeqPod has actively engaged in, facilitated and fostered countless

15 acts of infringement.  It intentionally entices users to flock to its website through

16 offering what it describes as a "no cost" "home for playable search results" that

17 allows users to stream on-demand performances of copyrighted works, generate

18 countless playlists of the same, save playlists, and "share[]" them "with friends by

19 emailing a link to the playlist or embedding a player and playlist in a web page"

20 linked to SeeqPod.[28]  SeeqPod's business model is based upon the free and

21 unauthorized availability of Plaintiffs' popular copyrighted works and the works of

22 other copyright owners.

23

24

---

25 visited January 11, 2008).

   [26] *Id.*

26 [27] http://venturebeat.com/2007/07/12/warner-streams-entire-catalog-of-music-for-free-on-imeem/ (last visited January 11, 2008).

27 [28] http://www.seeqpod.com/frequently_asked_questions.php (last visited January 11, 2008).

28

COMPLAINT FOR DIRECT, CONTRIBUTORY, AND
VICARIOUS COPYRIGHT INFRINGEMENT, ETC.;
DEMAND FOR JURY TRIAL

35.    SeeqPod engages in direct copyright infringement, including by violating Plaintiffs' exclusive right to publicly perform their works by means of digital audio transmissions.  SeeqPod's "Playable Search" technology locates, aggregates, and plays on-demand digital streams of vast numbers of copyrighted works.  As one article aptly described SeeqPod, it provides "Millions of Songs on your iPhone for free. . . .  SeeqPod gives you immediate, playable access to countless songs from across the internet. . . . Now you've got them, except for free."[29]  SeeqPod exacerbates its massive direct infringement of Plaintiffs' public performance rights by encouraging its users to save playlists of sound recordings, to have SeeqPod repeatedly play those playlists, and to have users email and embed those playlists in other websites, such as MySpace or Facebook, in the hopes of drawing additional users from those sites who will use SeeqPod in the same way and thereby fuel SeeqPod's viral growth.

36.    SeeqPod also deliberately induces and facilitates the rampant infringement of copyrighted works by its large and rapidly expanding user base.  It provides users with the means to locate, aggregate, play, and distribute its "playable" search results.  SeeqPod is not simply aware of how its service is being used, but is actively promoting it as a free, interactive on-demand service.  Among other things, SeeqPod provides video demonstrations showing users how to use the site to obtain instant streaming of any requested work over their iPhone or other mobile device.  Further, SeeqPod actively solicits users to submit links to sites that host unauthorized copies of copyrighted music, and SeeqPod serves those links to other users.  Moreover, SeeqPod provides users with the means to download unauthorized copies of copyrighted works to their computers or mobile devices by giving them the Internet source location of the digital music files behind its "playable" search results.  In an article entitled "SeeqPod is a Google for illegal

---

[29] http://www.iphonefaq.org/archives/97182 (last visited January 11, 2008).

1    music?," the author describes how SeeqPod provides the Internet location for each
2    "playable" search result, how the user can download the file based upon this
3    location, and "how easy" SeeqPod makes it "to get music for which you would
4    otherwise have to pay."[30]

5        37.    SeeqPod knows full well the substantial infringement occurring
6    through its website.  It explicitly invites users to "search for and discover artists and
7    songs,"[31] content that SeeqPod knows is copyrighted.  SeeqPod admits that the
8    music sites it links to may contain copyrighted content, stating that "[m]aterial
9    available on or through other web sites may be protected by copyright and the
10    intellectual property laws of the United States and/or other countries."[32]  Even a
11    cursory review of SeeqPod's website demonstrates massive infringement of
12    Plaintiffs' copyrighted works.  SeeqPod also has knowledge of the mass
13    infringement of copyright taking place through its system from notifications
14    SeeqPod has received from copyright holders or their representatives, including the
15    Recording Industry Association of America ("RIAA").  The RIAA has notified
16    SeeqPod of the infringement of thousands of copyrighted works, including
17    Plaintiffs', by and through the SeeqPod system.

18        38.    In its public statements, SeeqPod adopts a "head in the sand" approach
19    to the massive copyright infringement taking place on its site.  SeeqPod states that
20    as a purportedly simple "search engine" it should be "shield[ed]" from "liability"
21    because it does no more than "search[] and display[] search results."[33]  As
22    discussed above, however, SeeqPod, is no simple "search engine."  SeeqPod is
23    what it appears to be from the first instant that a user encounters its site:  an

24    [30] http://tech-buzz.net/2007/10/21/seeqpod-is-a-google-for-illegal-music/ (last
       visited January 11, 2008).
25    [31] http://www.seeqpod.com/frequently_asked_questions.php (last visited January
26    11, 2008).
    [32] http://www.seeqpod.com/copyright.php (last visited January 11, 2008).
27    [33] http://www.seeqpod.com/frequently_asked_questions.php (last visited January
28    11, 2008).

COMPLAINT FOR DIRECT, CONTRIBUTORY, AND
                                          VICARIOUS COPYRIGHT INFRINGEMENT, ETC.;
                                          DEMAND FOR JURY TRIAL

1    unlawful music service that directly engages in, encourages, and facilitates the mass

2    infringement of Plaintiffs' and other intellectual property owners' copyrighted

3    works.  This is well known to SeeqPod.  Co-founder and CEO Kasian Franks aptly

4    described SeeqPod's own business dynamic, stating, "[m]usic is a superb strategic

5    platform for rolling out services and promotion," and "consumers don't care about

6    the search engine . . . ."[34]

7        39.    SeeqPod receives a direct and substantial financial benefit from the

8    infringing activity occurring on its website.  An increased user base for SeeqPod,

9    drawn by the lure of free music, translates into higher potential future advertising

10    revenue and corporate valuation, all inuring to the benefit of the company, its

11    owners and its "angel" investors.

12        40.    SeeqPod has the right and ability to supervise and to limit the

13    infringing content that occurs through its site.  SeeqPod expressly reserves the right

14    "to disable and/or terminate the accounts of users who may infringe or repeatedly

15    infringe the copyrights or other intellectual property rights of SeeqPod and/or

16    others."[35]  SeeqPod also expressly retains the right in its "sole discretion to pre-

17    screen, refuse, or [re]move any Content that is available via the Service.  Without

18    limiting the foregoing, SeeqPod and its designees shall have the right to remove any

19    Content that violates the [Terms of Service] or is otherwise objectionable."[36]

20    SeeqPod further states that it is its policy, "in appropriate circumstances and at its

21    discretion, to disable and/or terminate the accounts of users who may infringe or

22    repeatedly infringe the copyrights or other intellectual property rights of SeeqPod

23    and/or others."[37]

24

---

25    [34] Jango and Seeqpod Hope to Monetize Music,
      http://gigaom.com/2008/01/09/jango-and-seeqpod-hope-to-monetize-music/ (last
      visited January 11, 2008).

26

27    [35] http://www.seeqpod.com/copyright.php (last visited January 11, 2008).

      [36] http://www.seeqpod.com/terms_of_service.php (last visited January 11, 2008).

28    [37] http://www.seeqpod.com/copyright.php (last visited January 11, 2008).

COMPLAINT FOR DIRECT, CONTRIBUTORY, AND
VICARIOUS COPYRIGHT INFRINGEMENT, ETC.;
DEMAND FOR JURY TRIAL

41.     SeeqPod, however, has made no effort to implement any copyright protection or screening technologies to stop or limit the rampant infringing conduct occurring on the site.  It has not undertaken any measures—such as the simple task of filtering out the names of copyrighted works by popular recording artists in users' search criteria—that would reduce the damage to Plaintiffs' copyrights.  On the contrary, as demonstrated most recently by SeeqPod's "top 100" list, SeeqPod flaunts its indifference to taking any measures that would reduce the harm to Plaintiffs.

## CLAIMS FOR RELIEF

### FIRST CLAIM

### (Direct Copyright Infringement)

42.     Plaintiffs incorporate herein by reference each and every averment contained in paragraphs 1 through 41 inclusive.

43.     Through its conduct averred herein, SeeqPod has infringed Plaintiffs' copyrights in their works, including by publicly performing audio works embodying the copyrighted material (including by means of digital audio transmissions) without authorization in violation of Sections 106 *et seq.* and Section 501 of the Copyright Act. 17 U.S.C. §§ 106 *et seq.*, and 501.

44.     Each infringement by SeeqPod of Plaintiffs' copyrighted works constitutes a separate and distinct act of infringement.

45.     SeeqPod's acts of infringement were willful, in disregard of and with indifference to the rights of Plaintiffs.

46.     As a direct and proximate result of the infringements by SeeqPod, Plaintiffs are entitled to damages and SeeqPod's profits in amounts to be proven at trial which are not currently ascertainable.

47.     Alternatively, Plaintiffs are entitled to the maximum statutory damages in the amount of $150,000 with respect to each work infringed, or for such other amounts as may be proper under 17 U.S.C. § 504.

COMPLAINT FOR DIRECT, CONTRIBUTORY, AND
VICARIOUS COPYRIGHT INFRINGEMENT, ETC.;
DEMAND FOR JURY TRIAL

48.     Plaintiffs further are entitled to recover their attorneys' fees and full costs pursuant to 17 U.S.C. § 505.

49.     As a direct and proximate result of the foregoing acts and conduct, Plaintiffs have sustained and will continue to sustain substantial, immediate and irreparable injury, for which there is no adequate remedy at law.  Unless enjoined and restrained by this Court, SeeqPod will continue to infringe Plaintiffs' rights in their copyrighted works.  Plaintiffs are entitled to preliminary and permanent injunctive relief.

## SECOND CLAIM

### (Contributory Copyright Infringement)

50.     Plaintiffs incorporate herein by reference each and every averment contained in paragraphs 1 through 41, inclusive.

51.     SeeqPod knowingly and systematically has materially contributed to, intentionally induced, and/or caused its users to infringe Plaintiffs' copyrights in their works, including by materially contributing to, intentionally inducing, and/or causing unauthorized reproductions, distributions, and public performances of audio works embodying the copyrighted material (including by means of digital audio transmissions) without authorization in violation of Sections 106 *et seq.* and Section 501 of the Copyright Act. 17 U.S.C. §§ 106 *et seq.*, and 501. Notwithstanding such knowledge, SeeqPod has failed to take simple measures, readily available to SeeqPod, that could prevent further damage to Plaintiffs' copyrighted works.

52.     Each infringement by SeeqPod of Plaintiffs' copyrighted works constitutes a separate and distinct act of infringement.

53.     SeeqPod's acts of infringement were willful, in disregard of and with indifference to the rights of Plaintiffs.

54.     As a direct and proximate result of the infringements by SeeqPod, Plaintiffs are entitled to damages and SeeqPod's profits in amounts to be proven at trial which are not currently ascertainable.

55.     Alternatively, Plaintiffs are entitled to the maximum statutory damages in the amount of $150,000 with respect to each work infringed, or for such other amounts as may be proper under 17 U.S.C. § 504.

56.     Plaintiffs further are entitled to recover their attorneys' fees and full costs pursuant to 17 U.S.C. § 505.

57.     As a direct and proximate result of the foregoing acts and conduct, Plaintiffs have sustained and will continue to sustain substantial, immediate and irreparable injury, for which there is no adequate remedy at law.  Unless enjoined and restrained by this Court, SeeqPod will continue to infringe Plaintiffs' rights in their copyrighted works.  Plaintiffs are entitled to preliminary and permanent injunctive relief.

### THIRD CLAIM

### (Vicarious Copyright Infringement)

58.     Plaintiffs incorporate herein by reference each and every averment contained in paragraphs 1 through 41, inclusive.

59.     SeeqPod has the right and ability to supervise and/or control the infringing conduct of its users.  SeeqPod has refused to exercise such supervision and control to the extent required by law.  As a direct and proximate result of such refusal, SeeqPod's users have infringed Plaintiffs' copyrights, including by reproducing, distributing, and publicly performing audio works embodying the copyrighted material (including by means of digital audio transmissions) without authorization in violation of Sections 106 *et seq.* and Section 501 of the Copyright Act. 17 U.S.C. §§ 106 *et seq.*, and 501.  SeeqPod derives a direct financial benefit, including but not limited to from advertising revenue from the increased traffic to its website, and from the increase in the value of SeeqPod, that flows directly from

- 20 -

1   the draw of unauthorized music files illegally copied, distributed and publicly

2   performed using its service in violation of Plaintiffs' copyrights.

3         60.    Each infringement by SeeqPod of Plaintiffs' copyrighted works

4   constitutes a separate and distinct act of infringement.

5         61.    SeeqPod's acts of infringement were willful, in disregard of and with

6   indifference to the rights of Plaintiffs.

7         62.    As a direct and proximate result of the infringements by SeeqPod,

8   Plaintiffs are entitled to damages and SeeqPod's profits in amounts to be proven at

9   trial which are not currently ascertainable.

10         63.    Alternatively, Plaintiffs are entitled to the maximum statutory damages

11   in the amount of $150,000 with respect to each work infringed, or for such other

12   amounts as may be proper under 17 U.S.C. § 504.

13         64.    Plaintiffs further are entitled to recover their attorneys' fees and full

14   costs pursuant to 17 U.S.C. § 505.

15         65.    As a direct and proximate result of the foregoing acts and conduct,

16   Plaintiffs have sustained and will continue to sustain substantial, immediate and

17   irreparable injury, for which there is no adequate remedy at law.  Unless enjoined

18   and restrained by this Court, SeeqPod will continue to infringe Plaintiffs' rights in

19   their copyrighted works.  Plaintiffs are entitled to preliminary and permanent

20   injunctive relief.

21                    **FOURTH CLAIM**

22           **(Inducing Copyright Infringement)**

23         66.    Plaintiffs incorporate herein by reference each and every averment

24   contained in paragraphs 1 through 41, inclusive.

25         67.    Through its conduct averred herein, SeeqPod has infringed Plaintiffs'

26   copyrights by inducing SeeqPod's users to reproduce, distribute, and/or publicly

27   perform audio works embodying the copyrighted material (including by means of

28

COMPLAINT FOR DIRECT, CONTRIBUTORY, AND
VICARIOUS COPYRIGHT INFRINGEMENT, ETC.;
DEMAND FOR JURY TRIAL

1   digital audio transmissions) without authorization in violation of Sections 106 *et*

2   *seq.* and Section 501 of the Copyright Act. 17 U.S.C. §§ 106 *et seq.*, and 501.

3       68.    Each infringement by SeeqPod of Plaintiffs' copyrighted works

4   constitutes a separate and distinct act of infringement.

5       69.    SeeqPod's acts of infringement were willful, in disregard of and with

6   indifference to the rights of Plaintiffs.

7       70.    As a direct and proximate result of the infringements by SeeqPod,

8   Plaintiffs are entitled to damages and SeeqPod's profits in amounts to be proven at

9   trial which are not currently ascertainable.

10       71.    Alternatively, Plaintiffs are entitled to the maximum statutory damages

11   in the amount of $150,000 with respect to each work infringed, or for such other

12   amounts as may be proper under 17 U.S.C. § 504.

13       72.    Plaintiffs further are entitled to recover their attorneys' fees and full

14   costs pursuant to 17 U.S.C. § 505.

15       73.    As a direct and proximate result of the foregoing acts and conduct,

16   Plaintiffs have sustained and will continue to sustain substantial, immediate and

17   irreparable injury, for which there is no adequate remedy at law.  Unless enjoined

18   and restrained by this Court, SeeqPod will continue to infringe Plaintiffs' rights in

19   their copyrighted works.  Plaintiffs are entitled to preliminary and permanent

20   injunctive relief.

21   **FIFTH CLAIM**

22   **(Statutory and Common Law Misappropriation)**

23       74.    Plaintiffs incorporate herein by reference each and every averment

24   contained in paragraphs 1 through 41, inclusive.

25       75.    Plaintiffs possess exclusive ownership interests in and to the Pre-1972

26   Recordings under applicable statutory and common law.

27       76.    Through its conduct, SeeqPod has violated Plaintiffs' exclusive

28   ownership interest in and to the Pre-1972 Recordings.

- 22 -

77.    As a direct and proximate result of SeeqPod's conduct, Plaintiffs are entitled to recover all proceeds and other compensation received or to be received by SeeqPod arising from the infringements of the Pre-1972 Recordings. Plaintiffs request the Court to order SeeqPod to render an accounting to ascertain the amount of such profits and compensation.

78.    As a direct and proximate result of SeeqPod's conduct in violation of Plaintiffs' exclusive ownership interests in and to the Pre-1972 Recordings, SeeqPod has been unjustly enriched and Plaintiffs have been damaged in an amount to be proven at trial for which damages and/or restitution and disgorgement is appropriate. Such damages and/or restitution and disgorgement should include a declaration by this Court that SeeqPod is a constructive trustee for the benefit of Plaintiffs, and an order that SeeqPod convey to Plaintiffs all the gross receipts received or to be received that are attributable to infringement of the Pre-1972 Recordings.

79.    Through its conduct, SeeqPod is guilty of oppression, fraud or malice; Plaintiffs, in addition to their actual damages, are by reason thereof entitled to recover exemplary and punitive damages against SeeqPod.

80.    As a direct and proximate result of the foregoing acts and conduct, Plaintiffs have sustained and will continue to sustain substantial, immediate and irreparable injury, for which there is no adequate remedy at law. Unless enjoined and restrained by this Court, SeeqPod will continue to infringe Plaintiffs' rights in their Pre-1972 Recordings. Plaintiffs are entitled to preliminary and permanent injunctive relief.

## SIXTH CLAIM

### (Statutory and Common Law Unfair Competition)

81.    Plaintiffs incorporate herein by reference each and every averment contained in paragraphs 1 through 41 and 74 through 80, inclusive.

- 23 -

82.   The acts and conduct of SeeqPod constitute an appropriation and invasion of the property rights of Plaintiffs in and to the Pre-1972 Recordings, and constitute unfair competition under applicable statutory and common law.

83.   As a direct and proximate result of SeeqPod's conduct, Plaintiffs are further entitled to recover all proceeds and other compensation received or to be received by Defendants arising from the infringements of Pre-1972 Recordings. Plaintiffs request the Court to order SeeqPod to render an accounting to ascertain the amount of such profits and compensation.

84.   As a direct and proximate result of SeeqPod's unfair competition, Plaintiffs have been damaged, and SeeqPod unjustly enriched, in an amount to be proven at trial for which damages and/or restitution and disgorgement is appropriate.  Such damages and/or restitution and disgorgement should include a declaration by this Court that SeeqPod is a constructive trustee for the benefit of Plaintiffs, and an order that SeeqPod convey to Plaintiffs all the gross receipts received or to be received that are attributable to infringement of Pre-1972 Recordings.

85.   Through its conduct, SeeqPod is guilty of oppression, fraud or malice. Plaintiffs, in addition to their actual damages, are by reason thereof entitled to recover exemplary and punitive damages against SeeqPod.

86.   As a direct and proximate result of the foregoing acts and conduct, Plaintiffs have sustained and will continue to sustain substantial, immediate and irreparable injury, for which there is no adequate remedy at law.  Unless enjoined and restrained by this Court, SeeqPod will continue to infringe Plaintiffs' rights in their Pre-1972 Recordings.  Plaintiffs are entitled to preliminary and permanent injunctive relief.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for judgment against SeeqPod as follows:

- 24 -

1.     For Plaintiffs' damages and SeeqPod's profits in such amount as may be found; alternatively, for maximum statutory damages in the amount of $150,000 with respect to each copyrighted work infringed either directly or indirectly, or for such other amounts as may be proper pursuant to 17 U.S.C. § 504(c).

2.     For preliminary and permanent injunctions enjoining SeeqPod, and all persons acting in concert or participation with SeeqPod, from: (a) directly or indirectly reproducing, distributing, publicly performing, or otherwise infringing in any manner on Plaintiffs' copyrighted works, whether now in existence or hereinafter created, or on Plaintiffs' Pre-1972 Recordings; (b) causing, contributing to, inducing, enabling, facilitating, or participating in the infringement of any of Plaintiffs' copyrighted works or Pre-1972 Recordings; and (c) from displaying their mark and/or logo in connection with the dissemination of unauthorized copies of Plaintiffs' copyrighted works or Pre-1972 Recordings.

3.     For restitution of SeeqPod's unlawful proceeds.

4.     For an accounting and the imposition of a constructive trust.

5.     For punitive and exemplary damages, as authorized for Plaintiffs' state law claims, in such amount as may be awarded at trial.

6.     For prejudgment interest according to law.

7.     For Plaintiffs' attorneys' fees and full costs incurred in this action.

1          8.      For such other and further relief as the Court may deem just and

2     proper.

3     DATED: January 18, 2008                    MUNGER, TOLLES & OLSON LLP
                                                 GLENN D. POMERANTZ
4                                                KELLY M. KLAUS
                                                 JONATHAN H. BLAVIN
5

6

7                                                By: _____
                                                      GLENN D. POMERANTZ
8
                                                 Attorneys for Plaintiffs
9                                                WARNER BROS. RECORDS INC.,
                                                 ATLANTIC RECORDING
10                                               CORPORATION, ELEKTRA
                                                 ENTERTAINMENT GROUP INC., and
11                                               RHINO ENTERTAINMENT
                                                 COMPANY
12

13                        **DEMAND FOR JURY TRIAL**

14          Plaintiffs hereby request a trial by jury on all issues triable by jury.

15

16    DATED: January 18, 2008                    MUNGER, TOLLES & OLSON LLP
                                                 GLENN D. POMERANTZ
17                                               KELLY M. KLAUS
                                                 JONATHAN H. BLAVIN
18

19

20                                               By: _____
                                                      GLENN D. POMERANTZ
21
                                                 Attorneys for Plaintiffs
22                                               WARNER BROS. RECORDS INC.,
                                                 ATLANTIC RECORDING
23                                               CORPORATION, ELEKTRA
                                                 ENTERTAINMENT GROUP INC., and
24                                               RHINO ENTERTAINMENT
                                                 COMPANY
25

26

27

28

COMPLAINT FOR DIRECT, CONTRIBUTORY, AND
                                                 VICARIOUS COPYRIGHT INFRINGEMENT, ETC.;
                                                 DEMAND FOR JURY TRIAL

# EXHIBIT A

**EXHIBIT A**

| Plaintiff | Sound Recording | Recorded By | Copyright Registration Number |
|---|---|---|---|
| Warner Bros. Records Inc. | Neil Young Greatest Hits | Neil Young | SR 362-313 |
| Warner Bros. Records Inc. | American Life | Madonna | SR 330-200 |
| Warner Bros. Records Inc. | Evita | Madonna et. al | SR 229-813 |
| Warner Bros. Records Inc. | Die Another Day Soundtrack | Madonna et al. | SR 323-350 |
| Warner Bros. Records Inc. | Nimrod | Green Day | SR 390-775 |
| Warner Bros. Records Inc. | Hybrid Theory | Linkin Park | SR 288-402 |
| Warner Bros. Records Inc. | Californication | Red Hot Chili Peppers | SR 174-922 |
| Warner Bros. Records Inc. | Stadium Arcadium | Red Hot Chili Peppers | SR 244-558 |
| Warner Bros. Records Inc. | Road to Ruin | Ramones | SR 4-335 |
| Warner Bros. Records Inc. | Hunting High and Low | a-ha | SR 63-603 |

| Plaintiff | Sound Recording | Recorded By | Copyright Registration Number |
|---|---|---|---|
| Warner Bros. Records Inc. | The Old Apartment / Lovers in a Dangerous Time | Barenaked Ladies | SR 234-360 |
| Atlantic Recording Corporation | Yaga Yaga | Terror Fabulous | SR 190-383 |
| Atlantic Recording Corporation | Adrenaline Rush | Twista | SR 238-303 |
| Atlantic Recording Corporation | Yourself or Someone Like You | Matchbox 20 | SR 227-755 |
| Elektra Entertainment Group Inc. | Meet the Girl Next Door | Lil' Mo | SR 353-787 |
| Elektra Entertainment Group Inc. | More Street Dreams | Fabolous | SR 354-869 |
| Elektra Entertainment Group Inc. | Make It Last Forever | Keith Sweat | SR 86-761 |
| Elektra Entertainment Group Inc. | Supa Dupa Fly | Missy Misdemeanor Elliot | SR 245-232 |
| Elektra Entertainment Group Inc. | The Coming | Busta Rymes | SR 225-705 |

# EXHIBIT B

## EXHIBIT B

| Plaintiff | Sound Recording | Recorded By |
|---|---|---|
| Warner Bros. Records Inc. | Masters of Reality | Black Sabbath |
| Warner Bros. Records Inc. | Paranoid | Black Sabbath |
| Rhino Entertainment Company | Chicago Transit Authority | Chicago |
| Rhino Entertainment Company | Superfly | Curtis Mayfield |
| Atlantic Recording Corporation | Lady Soul | Aretha Franklin |
| Atlantic Recording Corporation | I Never Loved a Man the Way I Love You | Aretha Franklin |
| Atlantic Recording Corporation | Save the Last Dance For Me | Drifters |
| Atlantic Recording Corporation | Led Zeppelin II | Led Zeppelin |
| Atlantic Recording Corporation | Led Zeppelin IV | Led Zeppelin |
| Elektra Entertainment Group Inc. | L.A. Woman | The Doors |

# EXHIBIT C








Playable Search

**Submit Site**

| green day nimrod | **Search** | ▶ **All** | **Discover** |

 **Audio**  **Video**

| **PodCrawler** | **Search Results** | Discoveries | | **Add all** |

44 results found for **green day nimrod** - showing 25 - 32    **17 - 24**    **33 - 40**

Other searches:   **Green**   **Green Day**   **Green Carnation**



 **Green Day** - Haushinka
http://24.191.32.203/ILNEW/Radio/punk/**Green Day** - 

**Save**   **Save As**   **New Playlist**

 **Green Day** - Reject
http://24.191.32.203/ILNEW/Radio/punk/**Green Day** - 

 **Green Day** - All The Time
http://24.191.32.203/ILNEW/Radio/punk/**Green Day** - 

 **Green Day** - Hitchin' A Ride
http://24.191.32.203/ILNEW/Radio/punk/**Green Day** - 

 **Green Day** - Good Riddance (Time Of Your L
http://www.andrew-jarrett.com/media/17_-_Good_Ridc 

 **Green Day** - Platypus (I Hate You)
http://locker.myyearbook.com/backpackfiles/2006/03/. 

 **Green Day** - Good Riddance Time Of Your Li
http://www.geekandproud.net/stuff/17-Good_Riddance. 

**Green Day** - Last Ride In
http://www.yamonsvotal.com/Music/**Green Day**/Nimr

about   press   jobs   contact   blog   FAQ   API   © 2008 Seeqpod Inc.





Playable Search

seeqpod beta

Submit Site

green day nimrod

Search   ▶ All   Discover

Audio   Video

PodCrawler   Search Results   Discoveries

Add all

44 results found for **green day nimrod** - showing 41 - 44     33 - 40

Other searches:   **Green**   **Green Day**   **Green Carnation**

**Green Day** - Good Riddance
http://www.personal.utulsa.edu/~keely-flynn/Songs/tim

**Green Day** - Time of Your Life
http://www.praetoriansquad.com/andy/**Greenday** - Tir

**Green Day** - Good Riddance (Time Of Your L
http://iplaybass.flyingstove.com/Music/**Green Day/Nin**

Lightspeed Champion & Florence - Scattered
http://www.box.net/shared/static/s4281m595j.mp3

Save   Save As   New Playlist

about   press   jobs   contact   blog   FAQ   API   © 2008 Seeqpod Inc.



Playable Search

**Submit Site**

keith sweat make it last forever|

**Search**   ▶ **All**   **Discover**

**Audio**   **Video**

**PodCrawler**   **Search Results**   **Discoveries**   **Add all**

4 results found for **keith sweat make it last forever** - showing 1 - 4

Other searches:   **Keith Sweat**   **Keith**   **Keith Fullerton Whitman**



**Keith Sweat - Keith Sweat - Make It Last Forever**
http://www.fileden.com/files/2007/1/4/596511/**Keith Sweat** - Ma

**Keith Sweat - Make it last forever** B-Cr3w13
http://www.filelodge.com/files/room16/402776/music/**Keith Swe**

old school slow jams - **keith sweat - make it last fo**
http://www.fileden.com/files/2006/12/10/493107/old school slow

**make it last forever** ft jaci mcghee
http://www.filelodge.com/files/room48/1399327/**make it last fo**

Save   Save As   New Playlist

about   press   jobs   contact   blog   FAQ   API   ©2008 SeeqPod, Inc.



Playable Search

**seeqpod** beta

Submit Site

linkin park hybrid theory | Search | ▶ All | Discover

Audio | Video

PodCrawler | Search Results | Discoveries | Add all

96 results found for **linkin park hybrid theory** - showing 1 - 8    9 - 16

Other searches:   **Linkin Park**    **Leon Parker**    **Little Jonny and the Giants**

**Linkin Park** - In The End - **Linkin Park**
http://artsperso.free.fr//In The End - **Linkin Park**.mp3

**Linkin Park** - **Linkin Park** - By Myself
http://miracle.planet.ee/Muusika/mingiuus/**Linkin Park** - B

**Linkin Park** - **Linkin Park** - By Myself
http://www.miracle.planet.ee/Muusika/mingiuus/**Linkin Par**

**Linkin Park** - Place for My Head
http://www.culos.uni.cc/**linkin park - hybrid theory**/link

**Linkin Park** - Crawling
http://music.mizzao.tk/songs/**Linkin Park/Linkin Park-H**

**Linkin Park** - Alternative - **Linkin Park** - With `
http://www.prism.gatech.edu/~gtg820x/WithYou.mp3

**Linkin Park** - Cure for the Itch
http://www.culos.uni.cc/**linkin park - hybrid theory**/link

**Linkin Park** - Forgotten
http://www.culos.uni.cc/**linkin park - hybrid theory**/link

Save    Save As    New Playlist

about   press   jobs   contact   blog   FAQ   API   © 2008 Seeqpod Inc.



Playable Search
**seeqpod** beta

Submit Site

| linkin park hybrid theory | **Search**  ▶ **All**  **Discover** |

Audio | Video



| PodCrawler | **Search Results** | Discoveries | | **Add all** |

96 results found for **linkin park hybrid theory** - showing 73 - 80   **65 - 72**   **81 -**

Other searches:   **Linkin Park**   **Leon Parker**   **Little Jonny and the Giants**

**Linkin Park** - By Myself
http://www.myfilehut.com/userfiles/150805/07 By Myself.mp3

**Linkin Park** - Place For My Head
http://www.barriomulas.com/music/02-05-07/09 Place For My

**Linkin Park** - In The End
http://www.anigirl15.com/AniGirl15/In The End.mp3

**Linkin Park** - High Voltage
http://**linkin**-inside.com/dnload/audio/**hybrid_theory**_ep/05

**Linkin Park** - With You
http://www.**hybrid**productions.net/music/with_you.mp3

**Lincoln Park** - One Step Closer
http://webcfmx.no-ip.info/mmug/technology/flash/songs/**Link**

**Lincoln Park** - PaperCut
http://www.**hybrid**productions.net/music/**linkin park** - paper

**Grum Lee** - One Step Closer
http://www.grumlee.com/mp3/075_Grum_Lee_Acoustic_(**Link**

Save       Save As       New Playlist

about   press   jobs   contact   blog   FAQ   API   © 2008 Seeqpod Inc.





Submit Site

| linkin park hybrid theory | Search | ▶ All | Discover |

Audio  Video

| PodCrawler | Search Results | Discoveries | | Add all |

96 results found for **linkin park hybrid theory** - showing 17 - 24    9 - 16    25 -

Other searches:    Linkin Park    Leon Parker    Little Jonny and the Giants

**Linkin Park** - One Step Closer
http://www.vendetta.com/snowgirl/mp3/**linkin_park**-one_ste

**Linkin Park** - Carousel
http://**linkinpark**_uk2000.tripod.com/sitebuildercontent/siteb

**Linkin Park** - Crawling
http://www.quarrel.net/downloads/music/**Linkin_Park**-Crawl

**Linkin Park** - In The End
http://download.gameland.ru/xakep/post/14195/**linkin_park**

**Linkin Park** - Crawling
http://fan**linkinpark**.dl.interia.pl/mp3/**linkin park**-crawling.r

**Linkin Park** - In the End
http://ghostofmars.free.fr/RUSH/**Linkin Park** - In the End.mp

**Linkin Park** - One Step Closer
http://mpeg-search.com/241474/b5c479011e39d3bc2ea32c6c

**Linkin Park** - My December
http://www.archive.org/download/**LinkinPark**MyDecember_0

Save    Save As    New Playlist

about   press   jobs   contact   blog   FAQ   API   © 2008 Seeqpod Inc.



Playable Search

**SEEQPOD** beta

Submit Site

| linkin park hybrid theory | | **Search** | ▶ **All** | **Discover** |

Audio   **Video**



| PodCrawler | **Search Results** | Discoveries | | **Add all** |

96 results found for **linkin park hybrid theory** - showing 25 - 32    **17 - 24**    **33 -**

Other searches:    **Linkin Park**    **Leon Parker**    **Little Jonny and the Giants**

**Linkin Park** - In The End
http://www.xakep.ru/post/14195/**linkin_park_-_in_the_end.**

**Linkin Park** - Crawling
http://www.jmac.org/~jah/media/**LinkinPark**-Crawling.mp3

**Linkin Park** - My December
http://www.ilution.com/m/playlistspace/**Linkin Park** - My De

**Linkin Park** - Pushing Me Away
http://www.mpeg-search.com/326850/0aec73c9ce27ec39fa95

**Linkin Park** - A Place For My Head
http://www.angelfire.com/gundam/noamaxwell_secret/**Linkin**

**Linkin Park** - Step Up
http://www.freewebtown.com/lileminem300/library/audio/**Linl**

**Linkin Park** - Pushing Me Away
http://ghostofmars.free.fr/RUSH/**Linkin Park** - Pushing Me A

**Linkin Park** - One Step Closer
http://ghostofmars.free.fr/RUSH/**Linkin Park** - One Step Clo:

Save    Save As    New Playlist



Playable Search

Submit Site

| linkin park hybrid theory | | **Search** | ▶ **All** | **Discover** |

Audio   Video

| PodCrawler | **Search Results** | Discoveries | | **Add all** |

96 results found for **linkin park hybrid theory** - showing 33 - 40    25 - 32    41 -

Other searches:   **Linkin Park**   **Leon Parker**   **Little Jonny and the Giants**

**Linkin Park** - Crawling
http://mpeg-search.com/241476/e0e48cb16c5c96392a65f8o4


**Linkin Park** - Papercut
http://music.coranetwork.net/audio/**Linkin Park** - Papercut.n


**Linkin Park** - Crawling
http://music.coranetwork.net/audio/**Linkin Park** - Crawling.n


**Linkin Park** - In the End
http://music.coranetwork.net/audio/**Linkin Park** - In The Enc


**Linkin Park** - Papercut
http://www.animedai.com/musica/English/**linkin park** - pape


**Linkin Park** - One Step Closer
http://www.lexacehardware.com/vip3rinc/Music/**Linkin Park**


**Linkin Park** - Runaway
http://www.**hybrid**productions.net/music/**Linkin Park** - Runa

**Linkin Park** - Crawling
http://www.**hybrid**productions.net/music/**Linkin Park** - Craw

Save    Save As    New Playlist











Playable Search

**SEEQPOD** beta

Submit Site

| madonna american life | **Search** | ▶ **All** | **Discover** |

Audio    Video

**PodCrawler** | **Search Results** | Discoveries

Add all

30 results found for **madonna american life** - showing 1 - 8

9 - 16 



Other searches:   **Madonna**    **Madonna Over Yorkshire**    **My American Heart**

Save    Save As    New Playlist

 **Madonna American Life** - Nobody Knows Me
http://jysan.free.fr/software/**Madonna-American Life**.m 

 **Madonna - American Life**
http://khabarnameh.gooya.com/nabavi/archives/real/**ma** 

 **Madonna - American Life**
http://morebounce-oz.com/audio/**AmericanLife**.mp3 

 **Madonna - American Life**
http://www.eltawil.eu/media/music/Artists/**Madonna**/Am

 **Madonna - AMERICAN LIIFE** (RA's MAGIC MI
http://www.ra-star.com/media/**Madonna_-_American_L**

 **Madonna - American life**
http://duesti209.dyndns.org/root/Musik/Interpreten L-N/M 

 **Madonna - Mother And Father**
http://www.eltawil.eu/media/music/Artists/**Madonna/Am** 

 **Madonna - Love Profusion**
http://www.eltawil.eu/media/music/Artists/**Madonna/Am**





Playable Search
**seeqpod** beta

Submit Site

madonna american life    [ Search ]    ▶ All    Discover

Audio  | Video

PodCrawler | **Search Results** | Discoveries          **Add all**

30 results found for **madonna american life** - showing 17 - 24    9 - 16    25 - 3

Other searches:    **Madonna**    **Madonna Over Yorkshire**    **My American Heart**

**Madonna** - Nothing Really Matters (RA's t
http://www.ra-star.com/media/**Madonna**_-_Nothing_Really_

**Madonna** - Hollywood
http://www.my-serendipity.net/downloads/**Madonna** - Holly

**Madonna** - Love Profusion
http://sd-4524.dedibox.fr/musique/musique/**Madonna** - Lov

**Madonna** - Die Another Day (R*A's infraROUGE
http://www.ra-star.com/media/**Madonna**_-_Die_Another_D

**Madonna** - Hollywood
http://norabee.free.fr//**Madonna** - 02 - Hollywood - simpler

**Madonna** - Love Profusion
http://eclectroniclash.org/music/**Madonna**-LoveProfusion.m

**Madonna** - Love Profusion
http://eclectroniclash.theboho.net/music/**Madonna**-LovePro

**Madonna** - Love Profusion
http://duesti209.dyndns.org/root/Musik/Interpreten L-N/Mac

Save    Save As    New Playlist

about   press   jobs   contact   blog   FAQ   API   © 2008 Seeqpod Inc.

Playable Search
**seeqpod** bata

Submit Site

| madonna american life | **Search** | ▶ **All** | **Discover** |

Audio | Video

PodCrawler | **Search Results** | Discoveries          **Add all**

30 results found for **madonna american life** - showing 25 - 30     **17 - 24**

Other searches:   **Madonna**   **Madonna Over Yorkshire**   **My American Heart**

Save    Save As    New Playlist

**Madonna** - 10_Die_Another_Day__From_Die_A
http://www.freewebs.com/jelliclewind/DieAnotherDay.mp3

**Madonna** - Die Another Day
http://www.**american**-buddha.com/bulletin_board/files/10_

**Madonna** - Easy Ride
http://blog.kokoom.com/uploads/n/nikollah/129240.mp3

-x-**madonna** - **american life**
http://www.xakep.ru/post/18205/-x-**madonna**_-_america

**Madonna** - **American Life** (full version)
http://www.almelehy.ecommerce.hct.ac.ae/radiostation/Ma

**Madonna-American Life**
http://www.csinszka.com/zene/**Madonna-American_Life**.r

about   press   jobs   contact   blog   FAQ   API   © 2008 Seeqpod Inc.





**Playable Search**

# seeqpod beta

Submit Site

chili peppers californication      **Search**   ▶ **All**   **Discover**

Audio   Video

PodCrawler   **Search Results**   Discoveries      **Add all**

73 results found for **red hot chili peppers californication** - showing 1 - 8

Other searches:   **Red Hot Chili Peppers**   **Red House Painters**   **Red**

Red Hot Chili Peppers - Californication
http://blayersrage.free.fr/-Mp3-/-**Red Hot Chili Peppers**-/Red Hot (

Red Hot Chili Peppers - Californication
http://chronictel.net/4sc/**Red Hot Chili Peppers - Californication**.n

Red Hot Chili Peppers - Californication
http://eter.free.fr/ftp/music/**Red Hot Chili Peppers - Californicatio**

The Red Hot Chili Peppers - Californication
http://file.humour25.free.fr/musique/rhcp/The **Red Hot Chili Pepper**

Red Hot Chili Peppers - Californication
http://spy12x.free.fr/Mp3/_Non Classé_/**Red Hot Chili Peppers** - Ca

Red Hot Chili Peppers - Californication
http://cybermesa.com/~equus/Sounds/**Red Hot Chili Peppers** - Cal

Red Hot Chili Peppers - Californication
http://musiquesmp3.free.fr/mp3s/**Red Hot Chili Peppers** - 06 - Cali

Red Hot Chili Peppers - Californication
http://hi.is/~rbk/music/rhcp/03 **Red Hot Chili Peppers** - Californic.

Save   Save As   New Playlist

about   press   jobs   contact   blog   FAQ   API   © 2008 Seeqpod Inc.




Playable Search
**Submit Site**

chili peppers stadium arcadium   **Search**   ▶ **All**   **Discover**

 

**PodCrawler**   **Search Results**   Discoveries                    **Add all**

144 results found for **red hot chili peppers stadium arcadium** - showing 1 - 8

Other searches:   **Red Hot Chili Peppers**   **Radium**   **Red House Painters**

 **Red Hot Chili Peppers** - Stadium Arcadium
http://download.gameland.ru/xakep/post/31748/-x-**red_hot_chili_peppe**

**Red Hot Chili Peppers** - Stadium Arcadium
http://www.xakep.ru/post/31748/-x-**red_hot_chili_peppers_-_stadium_**

**Red Hot Chili Peppers** - Stadium Arcadium
http://marifeandluis.com/music/**Red hot chili peppers - stadium arcad**

**Red Hot Chili Peppers** - Stadium Arcadium
http://killerqueen.free.fr/**redhot**/Disc 1 - Jupiter/1-04 **Stadium Arcadiun**

 **Red Hot Chili Peppers** - Stadium Arcadium
http://karj.goshlucky.com/**Red Hot Chili Peppers/Stadium Arcadium/1**

 **Red Hot Chili Peppers** - Make You Feel Better
http://nfs2006.free.fr/Musique/08. **Red Hot Chili Peppers** - Stadium Arc

 **Red Hot Chili Peppers** - Dani California
http://www.adoptedaustralian.net/glorylibertymix/scars/**Red Hot Chili Pep**

 The **Red Hot Chili Peppers** - Slow Cheetah
http://marifeandluis.com/music/**Red Hot Chili Peppers** - Stadium Arcad

**Audio**   **Video**

Save   Save As   New Playlist